UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

IN RE: YASMIN AND YAZ (DROSPIRENONE)   )
MARKETING, SALES PRACTICES AND         ) 3:09-md-02100-DRH-PMF
PRODUCTS LIABILITY LITIGATION          ) MDL No. 2100

This Document Relates To:

Samatha Hess-Coker v. Bayer Healthcare Pharm., et al, - No. 10-CV-20330-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed by the parties on March 23, 2011, plaintiff's complaint is with prejudice. Each party shall bear their own costs.

NANCY J. ROSENSTENGEL,
CLERK OF COURT


BY: /s/*Sandy Pannier*
              **Deputy Clerk**

Dated: March 28, 2011

Digitally signed by David R. Herndon
Date: 2011.03.28 15:48:01 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**